CYNTHIA M. JONES, Respondent, *v.* THE CITY OF TROY, Appellant.

(Argued April 27, 1891; decided June 2, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made March 16, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Martin I. Townsend* for appellant.

*R. A. Parmenter* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

PHILIP B. THOMPSON, JR., Respondent, *v.* THE KNICKERBOCKER ICE COMPANY, Appellant.

(Argued April 28, 1891; decided June 2, 1891.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made June 4, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Albert Stickney* for appellant.

*John J. Adams* for respondent.

Agree to affirm; no opinion
All concur.
Judgment affirmed.